**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**

**SAM EDWARD THUMOND, SR.**                                                      **PLAINTIFF**

**VS.**                              **CASE NO. 4:10CV00172 JMM**

**KOHL'S DEPARTMENT STORE, INC., ET AL**                          **DEFENDANTS**

**ORDER**

The referral of the above styled case to Magistrate Judge Joe J. Volpe is withdrawn.

IT IS SO ORDERED this ___19___ day of April, 2010.

_____
James M. Moody
United States District Judge