**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

SAM EDWARD THURMOND, SR.
ADC # 127149                                                                                            PLAINTIFF

V.                                            4:10-cv-00172-JMM

KOHL'S DEPARTMENT STORES, INC.,
ELIZABETH TOMASSO, Loss Prevention Officer,
Kohl's Department Store; and JOHN DOE, Corporate
Loss Prevention Officer, Kohl's Department Stores                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this   21   day of April , 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE